No. 790. El Pueblo, Damandante y Apelado; v. Salgado Acusado y Apelante.—Infracción al artículo 370 del Código Penal. San Juan, Sección 2ª. Mayo 6, 1915. *Desistida la apelación.*

No. 60. Ex Parte Huertas, Peticionario.—*Habeas Corpus.* Mayo 8, 1915. *Sin lugar.* Véase resolución en reconsideración de Mayo 25, 1915.

No. 1323. Arán, Demandante y Apelante, v. Hernández et al., Demandados y Apelados.—Memorándum de costas en caso sobre tercería de dominio e *injunction.* Mayagüez. Mayo 18, 1915. *Desestimada la apelación.*

No. 1083. Oliver, Peticionario y Apelado, v. Andino et al., Opositores y Apelantes.—Información de dominio. San Juan, Sección 2ª. Mayo 20, 1915. Desestimada la apelación en cuanto a Domingo Andino y María Ayala y ordenada la sustitución de nombres por los herederos desconocidos de Agustina Cepeda, designándolos con los nombres de John Doe y Richard Roe.

No. 1336. Ledée, Demandante y Apelado, v. López, Demandada y Apelante. Patria potestad. Guayama. Mayo 25, 1915. *Desestimada la apelación.*

No. 1337. Trujillo & Mercado, Demandantes y Apelados, v. Nazario et al., Demandados y Apelantes.—Cobro de crédito hipotecario y otros extremos. Mayagüez. Mayo 25, 1915. *Desestimada la apelación.*

No. 1340. González et al., Peticionarios y Apelados, v. Reyes et al., Opositores y Apelantes.—Dominio. San Juan, Sección 1ª. Mayo 26, 1915. *Desestimada la apelación.*